IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALLAN GUERRERO,

    Petitioner,

v.                                Civil Action No. 3:19CV613

MARK J. BOLSTER,

    Respondent.

**MEMORANDUM OPINION**

    By Memorandum Order entered on November 15, 2019, the Court filed this action submitted by Allan Guerrero. (ECF No. 7.) At that time, the Court admonished Guerrero that he "must immediately advise the Court of his new address in the event he is transferred, released, or otherwise relocated while the action is pending." (Id. at 2.) The Court expressly warned Guerrero that "FAILURE TO DO SO MAY RESULT IN DISMISSAL OF THE ACTION." (Id.)

    On June 29, 2020, Guerrero was released from custody. (ECF No. 13-1, at 2 (citation omitted).) Since that date, Guerrero has not contacted the Court to provide a current address. Guerrero's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Guerrero and counsel of record.

Date: September 15, 2020
Richmond, Virginia

/s/ REP
Robert E. Payne
Senior United States District Judge

2